UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BONNIE SUE FICKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:10-cv-00497-JAW |
| | ) |
| GOLDEN EAGLE RESTAURANT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 30, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that default judgment shall be entered for the Plaintiff in the amount of $14,176.98, representing $7,088.49 in unpaid wages plus another $7,088.49 in liquidated damages, on Counts I-IV, and that no compensatory damages be awarded on Count V. It is further ORDERED that no damages are available for the claim asserted in Count VI.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 19th day of April, 2011